# MICHAEL A. ARMSTRONG & ASSOCIATES, LLC

Counselors at Law
79 MAINBRIDGE LANE
WILLINGBORO, NEW JERSEY 08046

TELEPHONE: (609) 877-5511
FACSIMILE: (609) 877-7755

MICHAEL A. ARMSTRONG✦
Email: maa@armstronglawfirm.com

CRISTAL M. HOLMES-BOWIE
Email: chb@armstronglawfirm.com

MORRISON KENT FAIRBAIRN+
Email: mkf@armstronglawfirm.com

✦MEMBER NJ, NY & GA BARS

+MEMBER NJ & PA BARS



April 12, 2021

**VIA ELECTRONIC COURT FILING**
Zahid N. Quraishi, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 3C
Camden, New Jersey 08101

      RE:    Mohamed Ellaisy v. City of Atlantic City, et al.
              Civil Action No.: 1:13-cv-05401-JBS-AMD

Dear Judge Quraishi:

      This office represents the Defendant City of Atlantic City in the above captioned matter which is scheduled for a Telephone Status Conference before Your Honor on Tuesday, April 13, 2021 at 1:00 p.m. I write to request an adjournment as I am unable to appear on the date and time selected by the Court due to a scheduled personal matter. I have contacted the attorneys for all parties regarding my conflict and all parties consent to the adjournment. I have also inquired about alternative dates and times for which all attorneys are available this week. All lead attorneys are available Thursday, April 15 after 3 p.m.

      Thank you for Your Honor's consideration to this request.

                                       Respectfully submitted,

                                       *s/ Morrison Kent Fairbairn*

                                       Morrison Kent Fairbairn, Esquire

MKF/mkf

      Cc:    All attorneys of record (via ecf)