# MICHAEL A. ARMSTRONG & ASSOCIATES, LLC
79 Mainbridge Lane
Willingboro, New Jersey 08046
(609) 877-5511
Morrison Kent Fairbairn, Esquire
Attorney for City of Atlantic City

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MOHAMED ELLAISY, | : | |
| Plaintiff, | : | Docket No.: |
| | : | 1:13-cv-05401-NLH-JS |
| v. | : | |
| STERLING WHEATEN, BRIAN HAMBRECHT, MATTHEW ROGERS, JUANITA HARRIS, CITY OF ATLANTIC CITY, JOHN APPLEGATE, MICHAEL ATKINSON, MICHAEL ORDONEZ, BORGATA HOTEL AND CASINO, and UNKNOWN BORGATA SECURITY PERSONNEL, | : | **NOTICE OF MOTION FOR SANCTIONS** |
| Defendants. | : | |

TO:  Jennifer Bonjean, Esquire
     Bonjean Law Group, PLLC
     467 Saint Johns Place,
     Brooklyn, NY 11238

**PLEASE TAKE NOTICE** that on June 7, 2021 at 9:00 am or as soon thereafter as counsel may be heard, the undersigned attorney for Defendant, City of Atlantic City shall move before the United States District Court, at the Mitchell H. Cohen Building and United States Courthouse, Fourth and Cooper Streets, Camden, New Jersey, for the entry of an Order to sanction Plaintiff or his attorney.

**PLEASE TAKE FURTHER NOTICE** that Defendant will rely upon the accompanying brief and certification of counsel.

A proposed form of order is attached hereto.

                              **MICHAEL A. ARMSTRONG & ASSOCIATES, LLC**

                              By:  */s/ Morrison Kent Fairbairn*
                                  Morrison Kent Fairbairn, Esquire
                                  Attorney for Defendant Atlantic City

Dated: April 30, 2021