**Tracey S. Cosby, Esq. (2001)**
**TRACEY S. COSBY,**
**ATTORNEY AT LAW, P.C.**
Traceycosbylaw@gmail.com
Traceysimone@aol.com
134 Evergreen Place, Suite 301
East Orange, New Jersey 07018
(973) 678-8200 Fax (973) 678-0100
Attorney for Defendant
Juanita Harris

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

MOHAMED ELLAISY

              Plaintiff,

vs.

STERLING WHEATEN, BRIAN HAMBRECHT,
MATTHEW ROGERS, JUANITA HARRIS, CITY
OF ATLANTIC CITY, JOHN APPLEGATE,
MICHAEL ATKINSON, MICHAEL ORDONEZ,
BORGATA HOTEL AND CASINO; AND
UNKNOWN BORGATA SECURITY
PERSONNEL,

              Defendants.
_____

1:13-cv-5401-NLH-JS
NOTICE OF APPEARANCE
TRACEY S. COSBY, ESQ.
ON BEHALF OF JUANITA HARRIS

   Tracey S. Cosby a shareholding in the Law Firm of Tracey S. Cosby, Attorney at Law, P.C. hereby enters her appearance on behalf of Defendant Juanita Harris, assuming the role of her counsel for all appearances including trial counsel.

                          TRACEY S. COSBY, ATTORNEY AT LAW, P.C.

                          By: */s/ Tracey S. Cosby*
                              _____
                              Attorney for Defendant Juanita Harris

Dated:  March 3, 2022