DocuSign Envelope ID: 84F4ADA5-F068-4C69-9483-EE1BDDCBD343

Amy E. Rudley, Esquire (2017)
COOPER LEVENSON, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
Telephone: (609) 572-7408
Fax: (609) 572-7409
Our File No. 51155.00360
Attorney for Defendants, Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa, John Applegate and Michael Atkinson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMED ELLAISY,<br><br>Plaintiff,<br><br>v.<br><br>STERLING WHEATEN, BRIAN HAMBRECHT, MATTHEW ROGERS, JUANITA HARRIS, CITY OF ATLANTIC CITY, JOHN APPLEGATE, MICHAEL ATKINSON, MICHAEL ORDONEZ, BORGATA HOTEL AND CASINO; AND UNKNOWN BORGATA SECURITY PERSONNEL,<br><br>Defendant. | Civil Action No.<br><br>1:13-cv-05401-NLH-JS<br><br><u>STIPULATION OF DISMISSAL WITH PREJUDICE</u> |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, Mohamed Ellaisy, Marina District Development Company, LLC d/b/a Borgata Hotel & Spa, John Applegate, and Michael Atkinson, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against any party.

DocuSign Envelope ID: 84F4ADA5-F068-4C69-9483-EE1BDDCBD343

BONJEAN LAW GROUP, LLC

By:______________________
Jennifer Bonjean, Esquire
Counsel for Plaintiff

COOPER LEVENSON

By:______________________
Amy E. Rudley, Esquire
Attorneys for Defendants, Marina District Development Company, LLC d/b/a Borgata Hotel & Spa, John Applegate, and Michael Atkinson

Dated: October 31 2022