DocuSign Envelope ID: 84F4ADA5-F068-4C69-9483-EE1BDDCBD343

MICHAEL A. ARMSTRONG & ASSOCIATES, LLC
79 Mainbridge Lane
Willingboro, New Jersey 08046
(609) 877-5511
Morrison Kent Fairbairn, Esquire
Attorney for City of Atlantic City

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMED ELLAISY,<br><br>    Plaintiff,<br><br>v.<br><br>STERLING WHEATEN, BRIAN HAMBRECHT, MATTHEW ROGERS, JUANITA HARRIS, CITY OF ATLANTIC CITY, JOHN APPLEGATE, MICHAEL ATKINSON, MICHAEL ORDONEZ, BORGATA HOTEL AND CASINO, and UNKNOWN BORGATA SECURITY PERSONNEL,<br><br>    Defendants. | Civil Action No.:<br>1:13-cv-05401-NLH-TJB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the Complaint filed in this matter against Defendant City of Atlantic City, Sterling Wheaten, Brian Hambrecht, Matthews Rogers and Juanita Harris is hereby dismissed with prejudice and without fees or costs to any party.

Bonjean Law Group, PLLC

_____
Jennifer Bonjean, Esquire
Attorney for Plaintiff

Dated: 10/31/2022

MICHAEL A. ARMSTRONG & ASSOCIATES, LLC

_____
Morrison Kent Fairbairn, Esquire
Attorney for Defendant,
City of Atlantic City

Dated: 1/6/23

DocuSign Envelope ID: 84F4ADA5-F068-4C69-9483-EE1BDDCBD343

| Law Office of Steven S. Glickman | Law Office of Tracy S. Cosby |
|---|---|
| *Steven S. Glickman* | |
| Steven S. Glickman, Esquire | Tracey S. Cosby, Esquire |
| Attorney for Defendants, | Attorney for Defendant, |
| Sterling Wheaten, Brian | Juanita Harris |
| Hambrecht, Matthew Rogers | |
| Dated: 12/27/22 | Dated: _____ |

MICHAEL A. ARMSTRONG & ASSOCIATES, LLC
79 Mainbridge Lane
Willingboro, New Jersey 08046
(609) 877-5511
Morrison Kent Fairbairn, Esquire
Attorney for City of Atlantic City

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MOHAMED ELLAISY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STERLING WHEATEN, BRIAN HAMBRECHT, MATTHEW ROGERS, JUANITA HARRIS, CITY OF ATLANTIC CITY, JOHN APPLEGATE, MICHAEL ATKINSON, MICHAEL ORDONEZ, BORGATA HOTEL AND CASINO, and UNKNOWN BORGATA SECURITY PERSONNEL,<br><br>　　　　　Defendants. | Civil Action No.:<br>1:13-cv-05401-NLH-TJB<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that the Complaint filed in this matter against Defendant City of Atlantic City, Sterling Wheaten, Brian Hambrecht, Matthews Rogers and Juanita Harris is hereby dismissed with prejudice and without fees or costs to any party.

**Bonjean Law Group, PLLC**　　　　　MICHAEL A. ARMSTRONG &
　　　　　　　　　　　　　　　　　　ASSOCIATES, LLC

_____　　_____
Jennifer Bonjean, Esquire　　　　　Morrison Kent Fairbairn, Esquire
Attorney for Plaintiff　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　City of Atlantic City

Dated: _____　　　　　　Dated: _____

| Law Office of Steven S. Glickman | Law Office of Tracy S. Cosby |
|---|---|
| _____ | _*[signature: Tracy S. Cosby]*_ |
| Steven S. Glickman, Esquire<br>Attorney for Defendants,<br>Sterling Wheaten, Brian<br>Hambrecht, Matthew Rogers | Tracy S. Cosby, Esquire<br>Attorney for Defendant, Juanita Harris |
| Dated: _____ | Dated: 10-21-22 |